1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BAZIKYAN,<br><br>Defendant. | Case No.  2:19-cr-00719-RGK<br><br>**ORDER OF DETENTION** |

19      On July 26, 2021, Defendant Robert Basikyan made his initial

20   appearance on the Indictment filed in this matter.  Attorney Sarkis

21   Manukyan specially appeared on behalf of Defendant's retained counsel,

22   George G. Mgdesyan.

23      A detention hearing was held on July 26, 2021.

24   ☒      On motion by the Government or on the Court's own motion

25   [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the

26   defendant will flee.

27      The Court concludes that the Government is not entitled to a

28   rebuttable presumption that no condition or combination of conditions will

1 reasonably assure the defendant's appearance as required and the safety or

2 any person or the community [18 U.S.C. § 3142(e)(2)].

3     The Court has considered the following:

4     (a) the nature and circumstances of the offense(s) charged, including

5     whether the offense is a crime of violence, a Federal crime of terrorism,

6     or involves a minor victim or a controlled substance, firearm, explosive,

7     or destructive device;

8     (b) the weight of evidence against the defendant;

9     (c) the history and characteristics of the defendant; and

10     (d) the nature and seriousness of the danger to any person or the

11     community.

12 *See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced

13 at the hearing,  the arguments of counsel, and the report and

14 recommendation of the U.S. Pretrial Services Agency.

15     The Court bases its conclusions on the following:

16     As to risk of non-appearance:

17     ☒    Defendant is an Armenian citizen and he possesses a valid

18 Armenian passport.

19     ☒    In the past 10 years, Defendant has traveled to Thailand,

20 Armenia, Italy and Spain.

21     ☒    Defendant uses multiple aliases, multiple name variations,

22 and one additional date of birth.

23     ☒    Defendant was charged with failure to appear in 2005 and

24 2006.

25     As to danger to the community:

26     ☒    Defendant sustained two felony convictions in 2006 for

27 possession of a controlled substance, a felony robbery conviction in 2007, a

28 felony conviction for robbery with an enhancement for personally causing

1  great bodily injury in 2007, a felony conviction for prisoner

2  possessing/making contraband in 2011, a felony conviction for carrying a

3  concealed weapon in a vehicle in 2018, and a misdemeanor conviction for

4  tampering with a vehicle in 2018.

5  ☒      Defendant is currently on probation in Los Angeles County

6  for vehicle theft and concealed firearm in a vehicle.

7  It is therefore ORDERED that Defendant Robert Bazikyan be detained

8  until trial.  The defendant will be committed to the custody of the Attorney

9  General for confinement in a corrections facility separate, to the extent

10  practicable, from persons awaiting or serving sentences or being held in

11  custody pending appeal.  The defendant will be afforded reasonable

12  opportunity for private consultation with counsel.  On order of a Court of the

13  United States or on request of any attorney for the Government, the person

14  in charge of the corrections facility in which defendant is confined will deliver

15  the defendant to a United States Marshal for the purpose of an appearance in

16  connection with a court proceeding.   *See* 18 U.S.C. § 3142(i).

17  Dated: July 26 , 2021

18

19  _____

20  PATRICIA DONAHUE
   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

3